Call No: 14-15-00728-CV

Antonio Sepeda,
appellant

v.

The State of Texas,
appellee

In the Fourteenth

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
DEC 10 2015
CHRISTOPHER A. PRINE
CLERK

Court of appeals

setting at Houston ~~FILED~~ unknown

## Appellant's Motion To Extend Time to File Brief.

A. Appellant asks the Court to extend the time to file his brief.

1. Appellant is Antonio Sepeda; appellee is: The State of Texas.

2. Do not know if all parties agreed to this motion.

3. B. argument & authorities
The Court has the authority under Texas Rule of appellate Procedure 38.6(d) to extend the time to file a brief.

4. Appellant's brief is due no December 17, 2015.

5. Appellant requests an additional 30 days to file his brief, extending the time until January 19, 2016.

6. No extension has been granted to extend time to file appellants' brief.

7. Appellant needs additional time to file his brief because appellant has been traveling off assign unit for Medical Treatment at UTMb Hopital in Galveston, Texas.

P-1

on these medical travels one can meet work on legal Research etc. This is why appellant Request the extention on 30 days too fully Prepare and Submitt his brief.

8. C. Conclusion

appellant is in Need of additional time to Prepare brief.

9. For these reasons, appellant asks the court too grant an Extension of time to file his brief untel January 17th 2016.

Respectfully Submitted

Antonio Speele

Certificate of Service

I. declare Verify that c true and correct copy of the Same was mailed via u.s. Postal Service on this day of Dec. 7, 2015. To District Clerks GALVESTON. Co. Tx. 600 59th ST. Rm 4001 Galveston, Tx. 77551.

Antonio Speele

P-2

Case no. 14-15-00728-CV

## In the Fourteenth Court of Appeals

Antonio Sepeda,
MOVANT

### Movant TRAP 2 motion to this Court

1. Appellant is asking this court Permission for leave of court to Procced with out the Required Copies.

2. Appellant is unable to obtain copies due to the fact that Prison officials do not Provide copying services to Prisoners.

3. Prayer:
Appellant Prays this court grant this motion ordering the Clerk to Make to copies required.

Respectfully submitt
Antonio Sepeda

Dec. 7, 2015

Dear Clerk. Fourteenth court of Appeals

enclosed is my motion for extension of time to
file my brief and a Rule 2 motion. Please let
me know if Court granted the extend of Time
motion.

Respectfully
Antonio Sepeda

CASE: 14-15-00728-CV

ANTONIO SEPEDA
TDCJ# 469585
COFField unit
2661 Fm 2054
Tennessee Colony, Tx.
75884

Antonio Sepeda # 467585
Coffield unit
2661 Fm 2054
Tennessee Colony, Tx.
75884

467585

LEGAL

770032062 0015

Fourteenth Court of Appeals
301 FANNIN, Suite. 245
Houston, Tx.